DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK A. KOHUT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2437

[December 12, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 1993CF09019BXX.

Dane K. Chase of Chase Law Florida, P.A., Saint Petersburg, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***